**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Laquinn Fisher,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Mesa; Sgt. Campbell, individually and acting on behalf of Mesa Police Dept.; Jane Doe Campbell; Sgt. Birnbaum, individually and acting on behalf of Mesa Police Dept.; Jane Doe Birnbaum; Officer Gomez, individually and acting on behalf of Mesa Police Dept.; Jane Doe Gomez; Officer Calkins, individually and acting on behalf of Mesa Police Dept.; Jane Doe Calkins,<br><br>            Defendants. | CV 12-00756-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff's motion for permission to appeal *in forma pauperis* (doc. 12). We granted defendants' motion to dismiss on July 13, 2012 (doc. 8), and judgment was entered the same day (doc. 9). Plaintiff filed his notice of appeal on July 27, 2012 (doc. 11).

Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires a party seeking to proceed *in forma pauperis* on appeal to file a motion in district court, attaching an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and

1 (C) states the issues that the party intends to present on appeal." Plaintiff has complied with
2 these requirements. And although he states that he has no monthly expenses, he also states
3 that he has no income and has a minor child relying on him for support. Plaintiff has made
4 a sufficient showing that he cannot pay the fees and costs of his appeal.
5      Accordingly, **IT IS ORDERED GRANTING** plaintiff's motion to appeal *in forma*
6 *pauperis* (doc. 12).
7      DATED this 30th day of July, 2012.

                        */s/ Frederick J. Martone*
                          Frederick J. Martone
                        United States District Judge